# CLEARY | GIACOBBE | ALFIERI | JACOBS LLC

CAMERON R. MORGAN, Partner
cmorgan@cgajlaw.com

**Reply to: Haddonfield Office**

November 22, 2024

<u>**Via ECF**</u>
<u>**and First Class Mail**</u>

Honorable Michael A. Shipp, U.S.D.J.
Clarkson S. Fisher Building
& U.S. Courthouse
402 E. State Street
Trenton, New Jersey 08608

      Re:    J.C.M. and M.H.G, individually and o/b/o M.C.H. v. Franklin Township BOE
              USDC Docket No. 3:24-CV-10139-MAS-RLS

Dear Judge Shipp:

      This office represents Defendant, Franklin Township Board of Education, in connection with the above-captioned matter. Enclosed for Your Honor's consideration is a proposed Stipulation extending time for Defendant to answer, move or otherwise reply to Plaintiffs' Complaint from November 25, 2024 to December 26, 2024. The proposed Stipulation has been electronically filed with the Court.

      If the proposed Stipulation meets the Court's approval, we respectfully request that Your Honor execute the same and have it entered on the docket. We thank the Court for its assistance and cooperation in this matter.

      Respectfully submitted,

      *s/ Cameron Morgan*

      Cameron R. Morgan

TB
Enclosure
c:    David R. Giles, Esq. (w/enclosure via ECF)

---

**Haddonfield Office: 255 Kings Highway East, Haddonfield, NJ 08033 Tel 732 583-7474 Fax 732 290-0753**
Matawan Office: 955 State Route 34, Suite 200, Matawan, NJ 07747 Tel 732 583-7474 Fax 732 290-0753
Oakland Office: 169 Ramapo Valley Road, UL 105, Oakland, NJ 07436 Tel 973 845-6700 Fax 201 644-7601
Somerville Office: 50 Division Street, Suite 501, Somerville, NJ 08876 Tel 732 583-7474 Fax 908 524-0096

www.cgajlaw.com