# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| J.C.M. and M.H.G, individually and on behalf of M.C.H., <br><br> Plaintiffs, <br><br> v. <br><br> FRANKLIN TOWNSHIP BOARD OF EDUCATION, <br><br> Defendant. | *Civil Action* <br><br> Docket No.: 3:24-CV-10139-MAS-RLS <br><br><br> **STIPULATION AND CONSENT ORDER EXTENDING TIME TO ANSWER OR OTHERWISE PLEAD** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein, through their respective counsel, that the time within which the Defendant may answer or otherwise respond to the Complaint, originally due by November 25, 2024, is hereby extended for thirty (30) days, through a new deadline of December 26, 2024.

| CLEARY GIACOBBE ALFIERI JACOBS, LLC, | DAVID GILES LAW, |
|---|---|
| Counsel for Defendant, | Counsel for Plaintiffs, |
| By: s/Cameron R. Morgan <br> Cameron R. Morgan, Esq. (#16522008) <br> 255 Kings Hwy. East <br> Haddonfield, NJ 08033 <br> Tel: (732) 583-7474 (Ext. 185) <br> E-mail: cmorgan@cgajlaw.com <br> Counsel for Defendant, Franklin Township Board of Education | By: s/David R. Giles <br> David R. Giles, Esq. (#031522001) <br> 34 Rynda Road <br> South Orange, New Jersey 07079 <br> Tel: (973) 763-1500 <br> Email: davidgiles@davidgileslaw.com <br> Counsel for Plaintiffs, J.C.M. and M.H.G, individually and o/b/o M.C.H. |
| Dated: November 22, 2024 | Dated: November 22, 2024 |

**SO ORDERED on this ___ day of _____, 2024:**

By: _____
**HONORABLE MICHAEL A. SHIPP, U.S.D.J.**