# Law Offices of David R. Giles

David R. Giles, Esquire
Admitted in NJ, NY & CA

Lisa Dickholtz, Education Consultant

February 4, 2025

*Via ECF*

Honorable Rukhsanah L. Singh
United States Magistrate Judge
Clarkson S. Fisher Building
& U.S. Courthouse, Courtroom 7W
402 East State Street
Trenton, NJ 08608

Re: <u>J.C.M., et al., v. Franklin Twp. Bd. of Educ.</u>
    USDC Case No. 3:24-cv-10139-MAS-RLS

Dear Judge Singh:

As Your Honor is aware, I represent the Plaintiff in the matter referenced above. On behalf of my adversary, Cameron Morgan, Esq., and myself, I hereby respectfully request that the in-person scheduling conference scheduled with Your Honor this afternoon at 3:30 p.m. be converted to a virtual conference to take place over Microsoft Teams.

Your Honor's consideration of this request is appreciated.

Respectfully submitted,

David R. Giles