# CLEARY | GIACOBBE | ALFIERI | JACOBS LLC

CAMERON R. MORGAN, Partner
cmorgan@cgajlaw.com

**Reply to: Haddonfield Office**

February 11, 2025

*__Via Electronic Filing only__*

Chambers of Rukhsanah L. Singh, U.S.M.J.
Attn:  Mark Morelli, Courtroom Deputy
United States District Court for the District of New Jersey
Clarkson S. Fisher Bldg. & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

> **Re:    J.C.M. o/b/o M.C.H., et al v. Franklin Township Board of Education**
> **Docket No.: 3:24-cv-10139-MAS-RLS**
> **Proposed Joint Discovery Plan**

Dear Mr. Morelli:

Please be advised that this firm represents Defendant, Franklin Township Board of Education, in connection with the above-referenced matter.  Plaintiffs are represented by David R. Giles, Esq. Pursuant to the Court's direction provided at the recent Scheduling Conference, please be advised that the parties have conferred and of the dates and times offered, all parties and counsel are available for a Settlement Conference with Judge Singh on **April 29, 2025 at 10:00 a.m**.

Would you kindly confirm that the conference will be scheduled for that date and time.

Thank you for your time and attention to this matter.

Very truly yours,

*s/ Cameron Morgan*

Cameron R. Morgan

CRM/TB

cc:    David R. Giles, Esq. (*w/enclosure via ECF*)

---

**Haddonfield Office: 255 Kings Highway East, Haddonfield, NJ 08033 Tel 732 583-7474 Fax 732 290-0753**
Matawan Office: 955 State Route 34, Suite 200, Matawan, NJ 07747 Tel 732 583-7474 Fax 732 290-0753
Oakland Office: 169 Ramapo Valley Road, UL 105, Oakland, NJ 07436 Tel 973 845-6700 Fax 201 644-7601
Somerville Office: 50 Division Street, Suite 501, Somerville, NJ 08876 Tel 732 583-7474 Fax 201 644-7601