UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| J.C.M., individually and on behalf of M.C.H., et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>FRANKLIN TOWNSHIP BOARD OF EDUCATION,<br><br>    Defendant. | Civil Action No. 24-10139 (MAS) (RLS)<br><br>**ORDER SETTING<br>SETTLEMENT CONFERENCE** |

  **THIS MATTER** having come before the Court upon a review of the status of the matter; and for good cause shown,

  **IT IS** on this **19th** day of **February 2025** hereby

  **ORDERED** that a Settlement Conference will be conducted by the undersigned at the Clarkson S. Fisher Building & United States Courthouse, 402 East State Street, Trenton, New Jersey on **April 29, 2025 at 10:00 a.m.** **Counsel and parties with full authority to settle the case must attend the Conference**. **An insured party shall appear with a representative of the insurer(s) authorized to negotiate and who has full authority to settle the matter**; and it is further

  **ORDERED** that the Settlement Conference will proceed in person, provided, however, that upon the request and consent of the parties or within the Court's discretion, the Court may convert the conference to proceed virtually, via Microsoft Teams. Any request to convert the Settlement Conference to proceed via Microsoft Teams must be made by no later than three (3) business days before the Settlement Conference. If the Court converts the Settlement Conference to proceed virtually via Microsoft Teams, parties with full authority to settle the case as set forth above must attend the Conference virtually; and it is further

**ORDERED** that, at least fourteen (14) business days before the Settlement Conference, counsel for plaintiff shall provide a settlement demand to counsel for defendant. At least seven (7) business days before the Settlement Conference, counsel for defendant shall provide a settlement offer or response to counsel for plaintiff; and it is further

**ORDERED** that, **by no later than five (5) business days before the Settlement Conference**, each party shall submit to Chambers via email at **rls_orders@njd.uscourts.gov** a confidential letter or memorandum, on an *ex parte* basis, that does not exceed ten (10) double-spaced pages, exclusive of any attachments. The settlement memorandum shall: outline the party's respective position(s); identify information on what is important to the client and any barriers to settlement; identify the contemplated terms material to a settlement; and detail the demand(s) and offer(s) made to date; and it is further

**ORDERED** that parties and their counsel shall participate in the Settlement Conference in good faith and with a willingness to discuss the strengths and weakness of the issues in the matter; and it is further

**ORDERED** that the failure to comply with this Order may result in an adjournment of the Settlement Conference and/or the imposition of sanctions, which can include, without limitation, the payment of fees and costs of other parties who attend the Settlement Conference.

**SO ORDERED**.

*/s/ Rukhsanah L. Singh*
**RUKHSANAH L. SINGH**
**UNITED STATES MAGISTRATE JUDGE**