# CLEARY | GIACOBBE | ALFIERI | JACOBS LLC

CAMERON R. MORGAN, Partner
cmorgan@cgajlaw.com

**Reply to: Haddonfield Office**

February 20, 2025

<u>*Via Electronic Filing only*</u>

Hon. Rukhsanah L. Singh, U.S.M.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Bldg. & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

  Re: **J.C.M. o/b/o M.C.H., et al v. Franklin Township Board of Education**
    **Docket No.: 3:24-cv-10139-MAS-RLS**
    **Microsoft Teams**

Dear Magistrate Judge Singh:

  This firm represents Defendant, Franklin Township Board of Education, in connection with the above-entitled litigation involving special education student M.C.H. Further to the second paragraph of your Scheduling Order dated yesterday, February 19, 2025, scheduling a Settlement Conference with Your Honor on April 29, 2025 at 10:00 a.m., kindly consider this as Defendant's respectful request that the Settlement Conference on that date be conducted via Microsoft Teams or Zoom, per your Order.

  Thank you for your time and consideration of this request.

            Respectfully submitted,

            *s/ Cameron Morgan*

            Cameron R. Morgan

CRM/TB

cc: David R. Giles, Esq., Attorney for Plaintiffs (*via E-mail and ECF*)

**Haddonfield Office: 255 Kings Highway East, Haddonfield, NJ 08033 Tel 732 583-7474 Fax 732 290-0753**
Matawan Office: 955 State Route 34, Suite 200, Matawan, NJ 07747 Tel 732 583-7474 Fax 732 290-0753
Oakland Office: 169 Ramapo Valley Road, UL 105, Oakland, NJ 07436 Tel 973 845-6700 Fax 201 644-7601
Somerville Office: 50 Division Street, Suite 501, Somerville, NJ 08876 Tel 732 583-7474 Fax 201 644-7601