# Law Offices of
# David R. Giles

David R. Giles, Esquire
Admitted in NJ, NY & CA

Lisa Dickholtz, Education Consultant

April 2, 2025

*Via ECF Only*

Honorable Rukhsanah L. Singh
United States Magistrate Judge
Clarkson S. Fisher Building
& U.S. Courthouse, Courtroom 7W
402 East State Street
Trenton, NJ 08608

Re:  <u>J.C.M., et al., v. Franklin Twp. Bd. of Educ.</u>
     USDC Case No. 3:24-cv-10139-MAS-RLS

Dear Judge Singh:

As the Your Honor is aware, I represent the Plaintiffs in the matter referenced above, which is scheduled for a settlement conference to be conducted virtually before Your Honor on April 29, 2025. I do not recall if I advised the Court of this previously, but my clients only speak Spanish and would need an interpreter to participate in the Settlement Conference. I am therefore writing to request that the Court make available, if possible, a Spanish language interpreter for the Plaintiffs.

The Court's consideration of this request is appreciated.

Respectfully submitted,

David R. Giles

Cc:  Cameron R. Morgan, Esq. (via ECF)